ACCEPTED
03-15-00653-CV
7756408
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:14:43 AM
JEFFREY D. KYLE
CLERK

Electronically Filed 10/30/2015 2:59:05 PM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

CAUSE NO. 29,504

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:14:43 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JERRY HAYWOOD, LILLIE PIPER, | § | IN THE DISTRICT COURT OF |
| GENEVA McMARION, HULISHER | § | |
| HAYWOOD, JAMES HAYWOOD, | § | |
| DOROTHY HAYWOOD-DOCKERY, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVES OF THE | § | |
| ESTATE OF MARGARET | § | |
| HAYWOOD, DECEASED | § | BASTROP COUNTY, TEXAS |
| | § | |
| VS. | § | |
| | § | |
| REGENCY NURSING CENTER | § | |
| PARTNERS OF BASTROP, LTD. | § | |
| d/b/a BASTROP LOST PINES | § | |
| NURSING AND REHABILITATION | § | |
| CENTER | § | 21ST JUDICIAL DISTRICT |

## DEFENDAT'S MOTION TO ENTER SUPERSEDEAS BOND

Whereas, on July 29, 2015, the District Court signed a Final Judgment awarding Plaintiffs damages and other relief against Defendant; and whereas Defendant on October 13, 2015 filed its Notice of Appeal advising this District Clerk and Court that it intends to appeal the Final Judgment and to supersede it during appeal;

Therefore, Defendant, as principal, and Liberty Mutual Insurance Company, a corporation, as surety (on the entire amount herein), acknowledge themselves bound to pay Plaintiffs in the amount of Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) if either of the following conditions is met as to Defendant: (a) the Defendant does not perfect an appeal or the appeal it perfects is dismissed, and the Defendant does not perform the Final Judgment; or (b) the Defendant does not perform the Final Judgment, as affirmed or modified, if when it is made final on appeal but in no event shall the liability of the surety exceed the penal sum of this bond. (See attached Exhibit "A")

Wherefore premises considered, Defendant respectfully requests that the District Clerk

Certify her Approval of this bond and present to the District Judge for his approval, and any

and all further relieve that this Defendant may show itself entitled to either at law or at equity.

Respectfully submitted,

Paul J. Swacina
State Bar No. 19542700
Tyler Granger
State Bar No. 24072949
Law Office of Paul J. Swacina, LLC
One O'Connor Plaza
101 West Goodwin, Suite 600
Victoria, Texas 77901
(361)580-2400
(361)580-2402 Fax
pswacina@regencyhealthcare.com
tgranger@regencyhealthcare.com

ATTORNEYS FOR REGENCY NURSING
CENTER PARTNERS OF BASTROP, Ltd. d/b/a
BASTROP LOST PINES NURSING AND
REHABILITATION CENTER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been either transmitted by electronic service, facsimile, or sent via US Mail, Certified Mail, Return Receipt Requested, on this the 30th day of October, 2015, to the following:

**VIA FACSIMILLE (512) 481-0130**
Jack Modesett, III
Modesett Williams, PLLC
515 Congress Avenue, Suite 1650
Austin, TX 78701

Paul J. Swacina

## CLERK'S CERTIFICATE OF APPROVAL OF SUPERSEDEAS BOND



Approved this __3ʳᵈ__ day of ~~October~~ *NOVEMBER*, 2015:

BASTROP COUNTY DISTRICT CLERK

By: _Sarah Loucks by Mary Fynn Harmon_
_Chief Deputy Clerk_

I, the undersigned Clerk of District and
County Court at Law Courts for Bastrop Coun:
Texas, do certify that the foregoing is a
true and correct copy of the original documen:
now on file and record in my office.
WITNESS my hand and seal of said Court
this_____ day of___Nov___· 20_15_
Sarah Loucks, Clerk of Courts
By_____